# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of --            )

)

G. A. Richards & Co., Inc.      )    ASBCA No. 59140

)

Under Contract No. SPE4A7-13-M-9406    )

APPEARANCE FOR THE APPELLANT:       Mr. Tom Kaider
                                                    General Manager of Operations

APPEARANCES FOR THE GOVERNMENT:     Daniel K. Poling, Esq.
                                                    DLA Chief Trial Attorney
                                                    Robert Sebold, Esq.
                                                    Edward R. Murray, Esq.
                                                    Trial Attorneys
                                                    DLA Aviation
                                                    Richmond, VA

## ORDER OF DISMISSAL

Appellant has indicated that it no longer wishes to pursue this appeal. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: 1 April 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59140, Appeal of G. A. Richards & Co., Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals